IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA, **PLAINTIFF**

vs.                               CRIMINAL ACTION NO.3:01CR180BS

Shondra Brown **DEFENDANT**

Polk's Meats **GARNISHEE**

**ORDER QUASHING GARNISHMENT**

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant has paid the amount demanded in the Complaint filed herein in full;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on August 15, 2003, be and it is hereby quashed, and the garnishee, Polk's Meats, is hereby dismissed.

ORDERED AND ADJUDGED this 5 day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE